■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGO ECHEVARRIA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered August 18, 1983, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The facts of this case support the finding that defendant intended to cause *serious* physical injury (assault in the first degree, Penal Law, § 120.10, subd 1). There is no reasonable view of the evidence which would have supported a finding that defendant intended to cause only physical injury within the definition of assault in the second degree (Penal Law, § 120.05, subd 2) as opposed to serious physical injury. Accordingly, the trial court's refusal to charge second degree assault was not error (see *People v Blim,* 63 NY2d 718; *People v Kinnard,* 98 AD2d 845, affd 62 NY2d 910; *People v Scarborough,* 49 NY2d 364, 372-373).

We find no merit to defendant's other contentions. Mangano, J. P., Gibbons, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOISES ESTRADA, Appellant. — Judgment of the Supreme Court, Kings County (Goldman, J.), rendered March 26, 1982, affirmed.

The statements which defendant made in the telephone call to the police which he, himself, initiated, were clearly spontaneous, and the hearing court properly refused to suppress them (see, e.g., *People v Kaye,* 25 NY2d 139, 145; *People v Maerling,* 46 NY2d 289). Weinstein, J. P., Brown, Boyers and Eiber, JJ., concur.